**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
csanders@sanderslaw.group
Frances Lange, Esq. (Cal Bar 304892)
flange@sanderslaw.group
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 132197

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

Global Weather Productions LLC,

Plaintiff,

v.

Telecinco, Inc. d/b/a Wora TV,

Defendant.

**Case No. 3:26-cv-01136-CVR**

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//

//

//

//

Case No. 3:26-cv-01136-CVR       - 1 -

//

//

DATED: April 21, 2026

**SANDERS LAW GROUP**
By: _/s/ Frances Lange_
Frances Lange, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 132197

*Attorneys for Plaintiff*

Case No. 3:26-cv-01136-CVR                    - 2 -

NOTICE OF DISMISSAL