IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GLOBAL WEATHER PRODUCTIONS
LLC,

Plaintiff,

v.

TELECINCO INC. d/b/a as WORA TV,

Defendant.

CIVIL NO. 26-1136 (CVR)

**JUDGMENT**

Pursuant to the Notice of Voluntary Dismissal with Prejudice (Docket No. 7), this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 21st day of April 2026.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ RIVE
UNITED STATES DISTRICT JUDGE